Law Office of Mullins & Trenchak
PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
VICTORIA MULLINS, ESQ.
Nevada State Bar No. 13546
1614 S. Maryland Pkwy.
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
E: victoria@mullinstrenchak.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SHANNA L. SANON, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, INC., a foreign corporation; CHRISTOPER DAVENPORT, an individual; DOE INDIVIDUALS 1 through 300; and ROE BUSINESS OR GOVERNMENTAL ENTITIES 1 through 300, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-02264-GMN-CWH<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff Shanna L. Sanon ("Plaintiff"), through undersigned counsel, hereby requests that the Court dismiss her Complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED this 13th day of December, 2018.

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MULLINS & TRENCHAK


By: */s/* Phil Trenchak
PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
1614 S. Maryland Pkwy
Las Vegas, Nevada 89104
Telephone: (702) 476-5101
Email: phil@mullinstrenchak.com
Attorney for Plaintiff